70        APPELLATE COURTS OF ILLINOIS.

The People v. Stewart.        Deitrick v. Highway Com'rs Bishop Township.

THE PEOPLE OF THE STATE OF ILLINOIS, use, etc.

v.

ROBERT F. STEWART ET AL.

STATEMENT.  This case is similar to the preceding.

APPEAL from the Circuit Court of White county; the Hon. THOMAS S. CASEY, Judge, presiding.  Opinion filed April 2, 1880.

Mr. P. A. PEARCE and Messrs. McDOWELL & McCLINTOCK, for appellant.

Mr. J. R. WILLIAMS and Mr. ALLEN BLAKELEY, for appellees.

WALL, J.  This case is like the preceding, People, for use, etc., v. Stewart et al., and the opinion in that case is applicable in this.

Reversed.

---

MICHAEL DEITRICK ET AL.,

v.

HIGHWAY COMMSSIONERS BISHOP TOWNSHIP, etc.

1.  CERTIORARI.—The common law writ of *certiorari* is the appropriate mode of bringing up for review the proceedings of highway commissioners in laying out roads.

2.  LAYING OUT ROADS—DAMAGES.—Since the present Constitution came into force, the statute allowing the jury to consider or disregard benefits to the owner in the matter of laying out roads, does not apply to the matter of damages for *taking the land*.

3.  RIGHT OF APPEAL.—A party whose land has been taken for a road has the right to be heard upon the question of damages, upon an appeal to the supervisors, and it is error to dismiss his appeal, and the mode of appeal is not changed by the fact that the proposed road is upon a county line.

APPEAL from the Circuit Court of Effingham county; the